IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEXAS EASTERN TRANSMISSION, : <br> LP, : <br>      **Plaintiff** : <br>     **v.** : <br> : <br> **A PERMANENT EASEMENT OF 0.5** : <br> **ACRES ± AND A TEMPORARY** : <br> **EASEMENT OF 1.2 ACRES ± OF** : <br> **LAND IN WEST HANOVER** : <br> **TOWNSHIP, DAUPHIN COUNTY,** : <br> **PENNSYLVANIA, R/W TRACT NO.** : <br> **60;** : <br> : <br> **A ROAD EASEMENT 800' BY 25' ±** : <br> **IN WEST HANOVER TOWNSHIP,** : <br> **DAUPHIN COUNTY,** : <br> **PENNSYLVANIA;** : <br> : <br> **NATIONAL STONE QUARRIES,** : <br> **LLC, Owner;** : <br> : <br> **AND ALL UNKNOWN OWNERS** : <br> **AND INTERESTED PARTIES,** : <br> : <br>     **Defendants** : | Civil No. 1: 14-cv-354 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Judge Sylvia H. Rambo |

**O R D E R**

For the reasons set forth in the accompanying memorandum, Plaintiff's motion for partial summary judgment (Doc. 33) is hereby **GRANTED**. Defendant National Stone Quarries, LLC may not include the cost of damages related to vandalism on its property in the calculation of just compensation in the above-captioned eminent domain proceeding.

             S/Sylvia H. Rambo
             United States District Judge

Dated: April 1, 2019